

| Phone (919) 645-1700 | **United States District Court** | Julie Richards Johnston |
| Fax (919) 645-1750 | **Office of the Clerk** | Clerk of Court |
| | PO Box 25670 | |
| | Raleigh, NC 27611 | |

December 15, 2015

Thomas G. Walker, US Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC  27601

      Re:  Moore v. Atkinson
        5:15-HC-2286-D

Dear Mr. Walker,

 The following documents have been forwarded to your office by electronic notification:

   \_\_\_\_\_  Order allowing petitioner to proceed in forma pauperis.

    xx   Application for Writ of Habeas Corpus filed on 12/2/2015.

    xx   Order to continue management filed on 12/15/2015.

 The respondent is allowed twenty one (21) days from the date of service in which to file a responsive pleading.

           Sincerely,

           /s/ Julie Richards Johnston
           Clerk

Enclosures\

 cc: Raymond C. Tarlton
    Todd M. Richman
    (via CM/ECF Notice of Electronic Filing)