IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-HC-2286-D

| | |
|---|---|
| DERRICK MARCELLUS MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| KENNY ATKINSON, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Respondent, Warden Kenny Atkinson, by and through the United States Attorney for the Eastern District of North Carolina, hereby notifies this honorable Court that Special Assistant United States Attorney Robert J. Dodson is making an appearance on behalf of the Respondent in the above-captioned action.

Therefore, please enter my name as an attorney of record on behalf of the Respondent in this action.

Respectfully submitted this 22nd day of December, 2015.

    THOMAS G. WALKER
    United States Attorney

    By:   /s/ Robert J. Dodson
    ROBERT J. DODSON
    Special Assistant U.S. Attorney
    Civil Division
    310 New Bern Avenue, Suite 800
    Raleigh, NC  27601-1461
    Telephone:  (919) 856-4530
               (919) 575-3900 x 6779
    Facsimile:  (919) 856-4821
    Email: robert.dodson2@usdoj.gov
    N.C. Bar # 41210
    Attorney for the Respondent

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 22nd day of December 2015, I have served a copy of the foregoing upon Petitioner's counsel of record by filing the same via the District Court's CM/ECF Document Filing System.

<u>/s/ Robert J. Dodson</u>
ROBERT J. DODSON
Special Assistant U.S. Attorney
Civil Division
310 New Bern Avenue, Suite 800
Raleigh, NC  27601-1461
Telephone:  (919) 856-4530
            (919) 575-3900 x 6779
Facsimile:  (919) 856-4821
Email: robert.dodson2@usdoj.gov
N.C. Bar # 41210
Attorney for the Respondent